AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Daniel Romero-Bello, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendant(s)* | |

Case No.

26-MJ-6276-PAB

**FILED BY___SM___D.C.**

**May 20, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    April 22, 2026    in the county of    Broward    in the    Southern    District of    Florida    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Illegal Re-entry After Removal |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

*Alex Richards*
_____
*Complainant's signature*

Alex Richards, ICE Deportation Officer
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    May 19, 2026

_____
*Judge's signature*

City and state:    Fort Lauderdale, Florida

Panayotta Augustin-Birch, U.S. Magistrate Judge
_____
*Printed name and title*

| Print | Save As... | Attach | Reset |
|---|---|---|---|

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Alex Richards, having been duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.    I am a federal law enforcement officer with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and have been since September 2024. Prior to assuming this position, I served as a Customs and Border Protection Officer with United States Customs and Border Protection since June 2022. My current responsibilities include investigating criminal, civil, and administrative violations related to the Immigration and Nationality Act (INA), and other federal criminal offenses contained in Titles 8 and 18 of the United States Code. I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7).

2.    This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint and Arrest Warrant against Romero-Bello, Daniel (ROMERO-BELLO) (Year of birth: 1995, Mexican native and citizen, Alien Number _____x417), for illegal reentry of a removed alien, in violation of Title 8, United States Code, Section 1326(a).

3.    The statements contained in this Affidavit are based on my personal knowledge, information provided to me by other law enforcement officers and support personnel, and my review of the evidence. Because this Affidavit is submitted for the

limited purpose of establishing probable cause for the requested Criminal Complaint and Arrest Warrant, it does not include every fact known to law enforcement.

## PROBABLE CAUSE

4.      Based on my review of United States immigration records maintained by the DHS, I am aware that ROMERO-BELLO is not a citizen or national of the United States and is not lawfully allowed to be in the United States following his prior lawful removal from the United States.  ROMERO-BELLO is a native and citizen of Mexico by virtue of birth.

5.      On or about April 22, 2026, ICE MIA was doing a target enforcement operation on ROMERO-BELLO at 608 SW 80th Terrace, North Lauderdale, FL 33068. ROMERO-BELLO was positively identified exiting his place of residence and entering a white in color Ford work van that was also registered to ROMERO-BELLO.

6.       ICE MIA initiated vehicle stop at the intersection of SW 6th St and SW 80th Ave. ROMERO-BELLO identified himself with a verbal confirmation of his name and provided a Mexican Identification card. ICE MIA arrested ROMERO-BELLO and transported him to the Miramar ICE/ERO station located at 2805 SW 145TH Ave, Miramar, Florida 33027.

7.      Subsequent record checks of ROMERO-BELLO re-confirmed that ROMERO-BELLO had been previously removed from the United States under Alien Number 206 254 417 and was presently unlawfully in the United States.

8. Biometrics from Identification System (IDENT) and the Next Generation Identification (NGI) systems electronic fingerprint comparison also confirmed that ROMERO-BELLO is a Mexican citizen and national.

9. Your Affiant reviewed copies of immigration documents contained in ROMERO-BELLO's Alien File (A-File), including biographical information, records of encounters with ICE, photographs, and fingerprints. A review of his A-File reflected the following:

a. On or about February 11, 2014, United States Border Patrol (USBP) encountered ROMERO-BELLO at or near Sanderson and Comstock Stations in Texas, walking in the brush south of highway 90. Border Patrol issued him a Notice and Order of Expedited Removal.

b. On or about April 20, 2014, an immigration agent warned ROMERO-BELLO of the criminal penalties for unlawful reentry into the United States after a removal. ROMERO-BELLO was removed from DEL RIO, TX, INTL BRIDGE, United States to Mexico, which was simultaneously recorded on a Warrant of Removal/Deportation.

c. On an unknown date and at an unknown location, ROMERO-BELLO re-entered the United States without obtaining the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

d. On or about April 28, 2022, ROMERO-BELLO was arrested by Broward County Sheriff Office for Battery.

e. ROMERO-BELLO applied for a "Application for Permission to Reapply for Admission into the United States After Deportation or Removal" form I-212, on May 30, 2024. ROMERO-BELLO application was DENIED on August 08, 2025.

f. On or about April 22, 2026, ICE MIA encountered ROMERO-BELLO at 608 SW 80th Terrace, North Lauderdale, FL 33068.

### CONCLUSION

Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on or about April 22, 2026, in Broward County, in the Southern District of Florida, ROMERO-BELLO, having previously been removed from the United States, was found in the United States, knowingly and unlawfully, without the express consent of the Attorney General of the United States, or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Respectfully Submitted,

_Alex Richards_

Alex Richards
Deportation Officer
U.S. Immigration and Customs Enforcement

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime on this __19th__ day of May, 2026.

**HONORABLE PANAYOTTA AUGUSTIN-BIRCH**
**UNITED STATES MAGISTRATE JUDGE**